**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Brandon Hall School, Inc. |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 23-7304956 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1701 Brandon Hall Drive | |
| Atlanta, GA 30350 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fulton | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL) _____

**6.   Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Brandon Hall School, Inc.                                    Case number (if known) _____
_____Name_____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☒ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___6111___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☒ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Brandon Hall School, Inc.                                  Case number (if known) _____
          _____
          Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name       _____

          Phone              _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Brandon Hall School, Inc.                                        Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      September 28, 2023
             MM / DD / YYYY

**X** /s/  Karen White _____         Karen White _____
    Signature of authorized representative of debtor         Printed name

Title    Board Chair _____

**18. Signature of attorney**

**X** /s/ Ian Falcone _____         Date    September 28, 2023
    Signature of attorney for debtor                          MM / DD / YYYY

Ian Falcone 254470 _____
Printed name

The Falcone Law Firm, PC _____
Firm name

363 Lawrence St NE
Marietta, GA 30060-2056 _____
Number, Street, City, State & ZIP Code

Contact phone    (770) 426-9359 _____    Email address    imf@falconefirm.com _____

254470 GA _____
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Brandon Hall School, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF GEORGIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 28, 2023___          **X** /s/  Karen White _____
                                                                    Signature of individual signing on behalf of debtor

                                                                    Karen White _____
                                                                    Printed name

                                                                    Board Chair _____
                                                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Brandon Hall School, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 1270 Newark, NJ 07101 | | Credit card purchases | | | | $16,744.20 |
| Apex Disaster Management Inc 4220 Steve Reynolds Blvd Suite 5 Norcross, GA 30093 | | services | Disputed | | | $35,211.74 |
| Bus Max Leasing 506A Turner McCall Blvd Rome, GA 30165 | | Lease (returned vans) | | | | $25,643.25 |
| Clean Star 540 Collins Road Marietta, GA 30066 | | services | | | | $22,471.54 |
| Compass Group USA Inc c/o Matthew Lipman, Esq McElroy Deutsch 1 Penn Center-Suburban Center 1617 JFK Blvd- Suite 1500 PhiladelphiaPhi, PA 19103 | | All personal property | | $268,396.62 | $0.00 | $268,396.62 |
| Craig Drilling 2374 Bynum Road Atlanta, GA 30319 | | wages | | | | $17,520.76 |
| Great America Financial Services 625 First Street SE Cedar Rapids, IA 52401 | | | | | | $70,039.67 |

| Debtor | Brandon Hall School, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Halladay Education Group Inc 6451 Elm Street Vancouver, BC V6N 1B2 | | services | | | | $650,750.00 |
| Home Depot Credit Services Dept 32-2015029170 PO Box 70614 Philadelphia, PA 19176 | | Credit card purchases | | | | $13,771.35 |
| Johnny Green 1701 Brandon Hall Drive Atlanta, GA 30350 | | wages | | | | $35,559.14 |
| Kevin Huitt 2015 Hilltop Drive Atlanta, GA 30341 | | wages | | | | $13,939.35 |
| Kevin Kennedy 735 Rockwood Ct Canton, GA 30115 | | wages | | | | $22,479.68 |
| Kevin Langley 408 Watermill Way Suwanee, GA 30024 | | wages | | | | $14,062.50 |
| Kyri Harris 2069 Hatteras Way NW Atlanta, GA 30318 | | wages | | | | $14,583.35 |
| Leaf Technology Finance PO Box 5066 Hartford, CT 06115 | | services | | | | $36,354.11 |
| Patrick Rogers 1701 Brandon Hall Drive Atlanta, GA 30350 | | wages | | | | $16,417.64 |
| Small Business Administration PO Box 3918 Portland, OR 97208 | | all tangible and intangible personal property | | $507,386.60 | $0.00 | $507,386.60 |
| Smith & Howard 271    17th Street NW Suite 1600 Atlanta, GA 30363 | | services | | | | $16,500.00 |
| Thompson Coburn PO Box 18379M Saint Louis, MO 63195 | | services | | | | $335,000.00 |

Debtor  Brandon Hall School, Inc.  _____    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Zoe Hauser 207 Pointe Way Havre de Grace, MD 21078 | | wages | | | | $22,500.00 |

09/28/23 2:41 PM

**Fill in this information to identify the case:**

Debtor name ___Brandon Hall School, Inc.___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF GEORGIA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $    7,600,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $    680,171.18

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $    8,280,171.18

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $    5,468,133.35

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    410,969.28

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    1,333,810.95

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b            $    7,212,913.58

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Brandon Hall School, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Regions bank<br>Operating account | Checking | 6485 | $5,296.03 |
| 3.2. | Synovous | Checking | 9145 | $848.66 |
| 3.3. | Regions Bank | Checking | 3201 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$6,144.69

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Brandon Hall School, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**11.** **Accounts receivable**

11a. 90 days old or less:      214,214.49   -   0.00   = ....      $214,214.49

                        face amount           doubtful or uncollectible accounts

11a. 90 days old or less:      0.00   -   0.00   = ....      $0.00

                        face amount           doubtful or uncollectible accounts

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

     $214,214.49

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** Dorm furniture, Dining hall furniture | | $0.00 | | $15,000.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

     $15,000.00

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value      Valuation method      Current Value

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Brandon Hall School, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Classroom Desks, Chairs | $0.00 | | $5,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Classroom Projectors, Classroom LCD Displays | $0.00 | | $6,000.00 |
| | Miscellaneous office supplies | $0.00 | | $10,000.00 |
| | 55 Faculty Apple Laptops-Lease | $0.00 | | $27,500.00 |
| | copiers and printers- LEASE | $0.00 | | Unknown |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles<br>42.1.   Athletic Trophies/ Memorabilia | $0.00 | | $1,500.00 |

| 43. | **Total of Part 7.** | | $50,000.00 |
|---|---|---|---|
| | Add lines 39 through 42.    Copy the total to line 86. | | |

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.   2007 Ford F150 Pickup truck<br>(mileage =90K) | $0.00 | | $5,000.00 |

Debtor    Brandon Hall School, Inc.    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 47.2. 2010 Toro Tractor | $0.00 | | $3,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Maintenance tools and supplies | $0.00 | | $10,000.00 |

51. **Total of Part 8.** | $18,000.00

Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. 1701 Brandon Hall Drive 96,697 sqft boarding school located on 25.02 acres | | $0.00 | Marketed sale | $7,600,000.00 |

56. **Total of Part 9.** | $7,600,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Brandon Hall School, Inc.                              Case number *(If known)* _____
          Name

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | ERC Refund              Tax year  2021 | $170,000.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | Claim against The-Skill-Factory LLC | $194,312.00 |
| | **Nature of claim**    Damages | |
| | **Amount requested**              $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Educational materials/ Books | $2,500.00 |
| | School Uniforms and logo wear | $5,000.00 |
| | Sports equipment | $5,000.00 |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $376,812.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

Debtor    Brandon Hall School, Inc.                                Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,144.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $214,214.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................................> | | $7,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $376,812.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $680,171.18 | + 91b. $7,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,280,171.18 |

Fill in this information to identify the case:

Debtor name __Brandon Hall School, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**2.1** | Apple Inc

Creditor's Name

5000 Riverside Drive
Suite 300 Ease
Irving, TX 75039
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
8/5/2022

**Last 4 digits of account number**
1170

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
55 Faculty Apple Laptops-Lease

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: Unknown          Value of collateral: $27,500.00

**2.2** | Atlanta International School

Creditor's Name

2890 North Fulton Drive
Atlanta, GA 30305
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1701 Brandon Hall Drive96,697 sqft boarding school located on 25.02 acres

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $4,680,000.00          Value of collateral: $7,600,000.00

| Debtor | Brandon Hall School, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Commercial Industrial Finance Inc | **Describe debtor's property that is subject to a lien**<br>Certain LED products | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

10024 Office Center Ave
Suite 150
Saint Louis, MO 63128

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Compass Group USA Inc | **Describe debtor's property that is subject to a lien**<br>All personal property | $268,396.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

c/o Matthew Lipman, Esq
McElroy Deutsch
1 Penn Center-Suburban
Center
1617 JFK Blvd- Suite 1500
PhiladelphiaPhi, PA 19103

Creditor's mailing address

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Great America Financial Svcs | **Describe debtor's property that is subject to a lien**<br>copiers and printers- LEASE | $12,350.13 | $0.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 660831
Dallas, TX 75266

Creditor's mailing address

**Describe the lien**
PMSI

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
2027

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Small Business Administration | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
all tangible and intangible personal property

$507,386.60          $0.00

PO Box 3918
Portland, OR 97208

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
5.4.2020

**Last 4 digits of account number**
7406

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | VAR Technology Finance | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
Aerohive network and Epson Projector System-LEASE

Unknown          $0.00

2330 Interstate 30
Mesquite, TX 75150

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,468,133.35

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

09/28/23 2:41 PM

Debtor   Brandon Hall School, Inc.                                    Case number (if known) _____
         _____
         Name

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Flik<br>Compass Group USA<br>PO Box 50196<br>Los Angeles, CA 90074 | Line  2.4 | |
| Flik Independent School Dining<br>2400 Yorkmont Rd<br>Charlotte, NC 28217 | Line  2.4 | |
| Tamara Ogier, Esq.<br>Ogier Rothschild & Rosenfeld<br>PO Box 1547<br>Decatur, GA 30031 | Line  2.2 | |
| US Small Business Administration<br>2 North Street<br>Suite 320<br>Birmingham, AL 35203 | Line  2.6 | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name **Brandon Hall School, Inc.**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF GEORGIA**

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>Aimee Dooley<br>4250 Arch Pass<br>Cumming, GA 30040 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,583.35 | $9,583.35 |
| Date or dates debt was incurred<br>2023 | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>Audrey Struck<br>506 Autumn Echo<br>Canton, GA 30114 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,375.02 | $11,375.02 |
| Date or dates debt was incurred<br>2023 | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** Priority creditor's name and mailing address<br>Brian Chapman<br>225 Cagle Road<br>Roswell, GA 30075 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,723.44 | $11,723.44 |
| Date or dates debt was incurred<br>20023 | Basis for the claim:<br>wages |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

09/28/23 2:41 PM

Debtor    Brandon Hall School, Inc.

_____
Name

Case number (if known) _____

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,791.65 | $9,791.65 |

Carrie Flamer
570 Lakemont Ct
Roswell, GA 30075

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,322.90 | $9,322.90 |

Chelsey May
4021 McGinnis Ferry Rd
Apt 1221
Suwanee, GA 30024

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,458.35 | $11,458.35 |

Colleen Martenson
1741 Tolleson Court
Atlanta, GA 30338

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,520.76 | $15,150.00 |

Craig Drilling
2374 Bynum Road
Atlanta, GA 30319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,583.35 | $9,583.35 |

Dalton Cagle
4420 Peachtree Road NE
Apt 2508
Atlanta, GA 30319

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Brandon Hall School, Inc.**
_____
Name

Case number (if known) _____

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,625.00 | $10,625.00 |
|---|---|---|---|---|

Greg Morris
867 Summer Forest Drive
Suwanee, GA 30024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,980.00 | $7,980.00 |
|---|---|---|---|---|

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
July 31, 2022 (990)

Basis for the claim:
Tax debt

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,866.65 | $6,866.65 |
|---|---|---|---|---|

James Murphy
221 Wilcox Road
Lagrange, GA 30241

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,125.04 | $11,125.04 |
|---|---|---|---|---|

John Foster
1701 Brandon Hall Drive
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,559.14 | $15,150.00 |
|---|---|---|---|---|

Johnny Green
1701 Brandon Hall Drive
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Brandon Hall School, Inc.**
_____
Name

Case number (if known) _____

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,459.28 | $8,459.28 |

**2.14**

Priority creditor's name and mailing address
Justin Ryder
4 Walden Walk NE
Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,459.28          $8,459.28

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15**

Priority creditor's name and mailing address
Justine McDonald
920 Saddle Ridge Ct
Roswell, GA 30076

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,106.25          $9,106.25

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
Kevin Huitt
2015 Hilltop Drive
Atlanta, GA 30341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,939.35          $13,939.35

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
Kevin Kennedy
735 Rockwood Ct
Canton, GA 30115

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,479.68          $15,150.00

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
Kevin Langley
408 Watermill Way
Suwanee, GA 30024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,062.50          $14,062.50

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Brandon Hall School, Inc.                                          Case number (if known) _____
         Name

---

**2.19** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,420.04 | $3,420.04
| Kevin Saunders | Check all that apply. | |
| 1290 Wilkes Crest Drive | ☐ Contingent | |
| Dacula, GA 30019 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
2023 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.20** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,066.60 | $4,066.60
| Kristen Bell | Check all that apply. | |
| 91 Flowing Trail | ☐ Contingent | |
| Dawsonville, GA 30534 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
2023 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.21** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,583.35 | $14,583.35
| Kyri Harris | Check all that apply. | |
| 2069 Hatteras Way NW | ☐ Contingent | |
| Atlanta, GA 30318 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
2023 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.22** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,581.45 | $2,581.45
| Leonel Pupo | Check all that apply. | |
| 1701 Brandon Hall Drive | ☐ Contingent | |
| Atlanta, GA 30350 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
2023 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

**2.23** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,583.35 | $9,583.35
| Lynn Stallings | Check all that apply. | |
| 355 North Peak Drive | ☐ Contingent | |
| Alpharetta, GA 30022 | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
2023 | wages

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes

---

Debtor   Brandon Hall School, Inc.
         Name                                                                Case number (if known)

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,561.22 | $11,561.22
| Meghan Sisk | Check all that apply. | |
| 200 Holland Grove Lane | ☐ Contingent | |
| Dallas, GA 30132 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| 2023 | wages | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,122.57 | $3,122.57
| Mela Love | Check all that apply. | |
| 3095 Colonial Way | ☐ Contingent | |
| Unit A | ☐ Unliquidated | |
| Atlanta, GA 30341 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| 2023 | wages | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,750.00 | $13,750.00
| Mike Elenbaas | Check all that apply. | |
| 857 Myrtle Street NE | ☐ Contingent | |
| Apt 2 | ☐ Unliquidated | |
| Atlanta, GA 30308 | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| 2023 | wages | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.27** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,208.35 | $10,208.35
| Mike Payne | Check all that apply. | |
| 510 Hillcrest View Drive | ☐ Contingent | |
| Suwanee, GA 30024 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| 2023 | wages | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

**2.28** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,106.91 | $11,106.91
| Molly Ganley | Check all that apply. | |
| 1701 Brandon Hall Drive | ☐ Contingent | |
| Atlanta, GA 30350 | ☐ Unliquidated | |
| | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| 2023 | wages | |
| Last 4 digits of account number | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY | ☒ No | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

---

09/28/23 2:41 PM

| Debtor | Brandon Hall School, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.29** | Priority creditor's name and mailing address
Nicole Chapman
8090 Adair Lane
Apt 5114
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,409.92    $10,409.92

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.30** | Priority creditor's name and mailing address
Omar Bullock
1701 Bandon Hall Drive
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,673.52    $8,673.52

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.31** | Priority creditor's name and mailing address
Oxy Willis
12000 Prose Circle
Apt 9107
Covington, GA 30016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,082.06    $3,082.06

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32** | Priority creditor's name and mailing address
Patrick Rogers
1701 Brandon Hall Drive
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,417.64    $16,417.64

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** | Priority creditor's name and mailing address
Patrick Shealy
1701 Brandon Hall Drive
Atlanta, GA 30350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,193.07    $4,193.07

Date or dates debt was incurred
2023

Basis for the claim:
wages

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

09/28/23 2:41 PM

| Debtor | Brandon Hall School, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.34**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,234.40 | $10,234.40 |
|---|---|---|---|
| Sarah Dunn | *Check all that apply.* | | |
| 875 Old Farm Walk | ☐ Contingent | | |
| Marietta, GA 30066 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2023 | wages | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

**2.35**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,648.05 | $5,648.05 |
|---|---|---|---|
| Sarah Stewart | *Check all that apply.* | | |
| 13 Morgan Ave | ☐ Contingent | | |
| Cartersville, GA 30121 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2023 | wages | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

**2.36**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,833.35 | $10,833.35 |
|---|---|---|---|
| Scott Chruszcz | *Check all that apply.* | | |
| 593 Farmbrook Trail | ☐ Contingent | | |
| Kennesaw, GA 30144 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2023 | wages | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

**2.37**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,431.72 | $4,431.72 |
|---|---|---|---|
| Will Long | *Check all that apply.* | | |
| 505 Ivy Chase Lane | ☐ Contingent | | |
| Peachtree Corners, GA 30092 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2023 | wages | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

**2.38**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,500.00 | $15,150.00 |
|---|---|---|---|
| Zoe Hauser | *Check all that apply.* | | |
| 207 Pointe Way | ☐ Contingent | | |
| Havre de Grace, MD 21078 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 2023 | wages | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY | ☒ No | | |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

Debtor    Brandon Hall School, Inc.                                                Case number (if known)
          _____
          Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**
Amazon Capital Services
PO Box 035184
Seattle, WA 98124

**Date(s) debt was incurred** _

**Last 4 digits of account number** _37TT_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services_

Is the claim subject to offset?  ☒ No  ☐ Yes

**Amount of claim: $2,153.24**

---

**3.2**    **Nonpriority creditor's name and mailing address**
Amazon Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No  ☐ Yes

**Amount of claim: $1,282.70**

---

**3.3**    **Nonpriority creditor's name and mailing address**
American Express
PO Box 1270
Newark, NJ 07101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Credit card purchases_

Is the claim subject to offset?  ☒ No  ☐ Yes

**Amount of claim: $16,744.20**

---

**3.4**    **Nonpriority creditor's name and mailing address**
Angela McHenry
137 Ravenhurst Lane
Fayetteville, GA 30214

**Date(s) debt was incurred** _5/2023_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _services_

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $375.00**

---

**3.5**    **Nonpriority creditor's name and mailing address**
Apex Disaster Management Inc
4220 Steve Reynolds Blvd
Suite 5
Norcross, GA 30093

**Date(s) debt was incurred** _2/2023_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _services_

Is the claim subject to offset?  ☐ No  ☐ Yes

**Amount of claim: $35,211.74**

---

**3.6**    **Nonpriority creditor's name and mailing address**
AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _services_

Is the claim subject to offset?  ☒ No  ☐ Yes

**Amount of claim: $1,309.00**

---

**3.7**    **Nonpriority creditor's name and mailing address**
Atlanta School Guide
200 Market Place
Suite 230
Roswell, GA 30075

**Date(s) debt was incurred** _

**Last 4 digits of account number** _9791_

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _services_

Is the claim subject to offset?  ☒ No  ☐ Yes

**Amount of claim: $816.64**

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Atlanta Urgent Care | ☐ Contingent |
| 2140 Peachtree Rd NW #360 | ☐ Unliquidated |
| Atlanta, GA 30309 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes |

$10,821.00

---

**3.9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Atlantic Capital Bank | ☐ Contingent |
| 3280 Peachtree Road | ☐ Unliquidated |
| Terminus 100, Suite 1600 | ☒ Disputed |
| Atlanta, GA 30305 | |
| **Date(s) debt was incurred** _2011_ | **Basis for the claim:** _Unknown_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes |

Unknown

---

**3.10**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Bank of America | ☐ Contingent |
| Business Card | ☐ Unliquidated |
| PO Box 15796 | ☐ Disputed |
| Wilmington, DE 19886 | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _Credit card purchases_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes |

$9,096.53

---

**3.11**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Beacon Security | ☐ Contingent |
| 2954 North Expressway | ☐ Unliquidated |
| Griffin, GA 30223 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _services_ |
| **Last 4 digits of account number** _6605_ | Is the claim subject to offset? ☒ No  ☐ Yes |

$659.40

---

**3.12**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Betins | ☐ Contingent |
| 27328.   96th Ave East | ☐ Unliquidated |
| Graham, WA 98338 | ☐ Disputed |
| **Date(s) debt was incurred** _1/2023_ | **Basis for the claim:** _services_ |
| **Last 4 digits of account number** _9282_ | Is the claim subject to offset? ☒ No  ☐ Yes |

$241.50

---

**3.13**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Blackbaud, Inc. | ☐ Contingent |
| PO Box 844827 | ☐ Unliquidated |
| Boston, MA 02284 | ☒ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _services_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes |

$6,752.00

---

**3.14**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Blick | ☐ Contingent |
| 6910 Eagle Way | ☐ Unliquidated |
| Chicago, IL 60678 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _services_ |
| **Last 4 digits of account number** _1957_ | Is the claim subject to offset? ☒ No  ☐ Yes |

$605.35

---

**3.15**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| Boardingware International LTD | ☐ Contingent |
| Office 2.6 | ☐ Unliquidated |
| Cleveland Road, Parnell | ☐ Disputed |
| Auckland, 1052 New Zealand | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _contract_ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes |

Unknown

---

| Debtor | Brandon Hall School, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,419.18**

BSN Sports
PO Box 841393
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _5077_

**Basis for the claim:** _services_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,643.25**

Bus Max Leasing
506A Turner McCall Blvd
Rome, GA 30165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lease (returned vans)_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Chris Carr, Attorney General
40 Capital Square SW
Atlanta, GA 30334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _FOR NOTICE PURPOSES ONLY_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,471.54**

Clean Star
540 Collins Road
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _7727_

**Basis for the claim:** _services_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$416.58**

Colonial Supplemental Insurance
Premium Processing
PO Box 903
Columbia, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/2023_

**Last 4 digits of account number** _

**Basis for the claim:** _Insurance_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.15**

Comcast
PO Box 71211
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/2023_

**Last 4 digits of account number** _

**Basis for the claim:** _services_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,088.00**

Crabapple Turf Management
1012 Union Center Drive
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3662_

**Basis for the claim:** _services_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Edge Business Systems LLC
1350 Northmeadow Parkway
Suite 130
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _11/2018_

**Last 4 digits of account number** _

**Basis for the claim:** _Lease_

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,280.00

FMB Laundry Inc
PO Box 27174
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 4448

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42.92

Foust & Associates
1275 Shiloh Road
Suite 2410
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2023

**Basis for the claim:** services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,646.58

GIS Benefits
POBox 1806
San Antonio, TX 78296

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2023

**Basis for the claim:** services

**Last 4 digits of account number** 0501

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $756.00

Gisa
PO Box 1057
Thomaston, GA 30286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** service

**Last 4 digits of account number** 0715

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $531.04

Grainger Inc
Dept 048-821253689

Palatine, IL 60038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 3506

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $70,039.67

Great America Financial Services
625 First Street SE
Cedar Rapids, IA 52401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $650,750.00

Halladay Education Group Inc
6451 Elm Street
Vancouver, BC V6N 1B2

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2023

**Basis for the claim:** services

**Last 4 digits of account number** 0213

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,724.89

Herff Jones, Inc
PO Box 99292
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 9903

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,771.35**

Home Depot Credit Services
Dept 32-2015029170
PO Box 70614
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2023

**Basis for the claim:** Credit card purchases

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$325.00**

J. Christian Medlin
3549 South Cobb Drive
Smyrna, GA 30080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/2023

**Basis for the claim:** service

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,095.00**

Johnny Green, II
1701 Brandon Hall Drive
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,653.12**

Josten's
21336 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 9714

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$718.74**

Leaf
PO Box 5066
Hartford, CT 06115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 5230

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Leaf Capital Funding LLC
2300 Interstate 30
Mesquite, TX 75150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** contract

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,354.11**

Leaf Technology Finance
PO Box 5066
Hartford, CT 06115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** services

**Last 4 digits of account number** 1214

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$214.19**

Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/2023

**Basis for the claim:** services

**Last 4 digits of account number** 4682

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.40** | Nonpriority creditor's name and mailing address
Misbo
1000 Whitlock Ave
Suite 320-337
Marietta, GA 30064

Date(s) debt was incurred  6/2022
Last 4 digits of account number  1438

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$197.13

---

**3.41** | Nonpriority creditor's name and mailing address
Newcomer
200 Market Place
Suite 230
Roswell, GA 30075

Date(s) debt was incurred  _
Last 4 digits of account number  9805

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$1,333.34

---

**3.42** | Nonpriority creditor's name and mailing address
Niche.com Inc
PO Box 392796
Pittsburgh, PA 15251

Date(s) debt was incurred  3/2023
Last 4 digits of account number  1086

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$1,572.74

---

**3.43** | Nonpriority creditor's name and mailing address
Premier Sports Medicine of GA
1358 Mile Post Drive
Atlanta, GA 30338

Date(s) debt was incurred  _
Last 4 digits of account number  8689

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$1,760.42

---

**3.44** | Nonpriority creditor's name and mailing address
Pro Sports
3130 Florence Road
Powder Springs, GA 30127

Date(s) debt was incurred  _
Last 4 digits of account number  AO01

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$1,414.27

---

**3.45** | Nonpriority creditor's name and mailing address
PSAT/NMSQT
12192 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred  4/2023
Last 4 digits of account number  203A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$522.00

---

**3.46** | Nonpriority creditor's name and mailing address
Pyro Protection LLC
PO Box 1279
Jackson, GA 30233

Date(s) debt was incurred  3/2023
Last 4 digits of account number  2694

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$480.00

---

**3.47** | Nonpriority creditor's name and mailing address
Quadient Leasing LLC
Dept 3682
PO Box 123682
Dallas, TX 75312

Date(s) debt was incurred  _
Last 4 digits of account number  2466

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services
Is the claim subject to offset? ☒ No  ☐ Yes

$833.19

---

09/28/23 2:41 PM

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,500.00**

Smith & Howard
271    17th Street NW
Suite 1600
Atlanta, GA 30363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number _

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.18**

SOHO office
2090 Dunwoody Club Drive
Suite 106
Atlanta, GA 30350

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number  SOHO

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.00**

Spec
1441 Dresden Drive
Suite 280
Atlanta, GA 30319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number  8769

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,619.54**

Stan Wykosky
1667 Kevin Drive
Bethlehem, PA 18015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12023

Basis for the claim:  services

Last 4 digits of account number  2377

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

TeenLife Media LLC
PO Box 8722
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number  2610

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,272.00**

The College Board
PO Box 30171
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2023

Basis for the claim:  services

Last 4 digits of account number  2751

Is the claim subject to offset? ☒ No    ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,903.61**

The Home Depot Pro
PO Box 404468
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  services

Last 4 digits of account number  7916

Is the claim subject to offset? ☒ No    ☐ Yes

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** Nonpriority creditor's name and mailing address
The Skill Factory LLC
165 Towey Trail
Woodstock, GA 30188

Date(s) debt was incurred  2023 (LISTED FOR INFORMATIONAL PURPOSES ONLY)

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Real Estate Purchase Agreement

Is the claim subject to offset?  ☐ No   ☒ Yes

$0.00

---

**3.56** Nonpriority creditor's name and mailing address
Thompson Coburn
PO Box 18379M

Saint Louis, MO 63195

Date(s) debt was incurred _

Last 4 digits of account number  7128

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ☒ No   ☐ Yes

$335,000.00

---

**3.57** Nonpriority creditor's name and mailing address
TMC-Tebarco Mechanical Group
1690 Blue Grass Lakes Parkway
Alpharetta, GA 30004

Date(s) debt was incurred _

Last 4 digits of account number  2269

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ☒ No   ☐ Yes

$9,853.19

---

**3.58** Nonpriority creditor's name and mailing address
Top Turf
PO Box 866
Lawrenceville, GA 30046

Date(s) debt was incurred _

Last 4 digits of account number  6800

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,020.00

---

**3.59** Nonpriority creditor's name and mailing address
Upper CC Trout Unlimited #436
C/O Trout Unlimited
PO Box 98166
Washington, DC 20090

Date(s) debt was incurred  10/2022

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  dues

Is the claim subject to offset?  ☒ No   ☐ Yes

$125.00

---

**3.60** Nonpriority creditor's name and mailing address
Warren Bond Photography
6326 Highway 85
Riverdale, GA 30274

Date(s) debt was incurred  2/2023

Last 4 digits of account number  1507

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ☒ No   ☐ Yes

$3,140.50

---

**3.61** Nonpriority creditor's name and mailing address
Wells Fargo
Customer Care
PO Box 3072
Cedar Rapids, IA 52406

Date(s) debt was incurred _

Last 4 digits of account number  7509

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  services

Is the claim subject to offset?  ☒ No   ☐ Yes

$4,565.59

---

| Debtor | Brandon Hall School, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.64 |
|---|---|---|---|
| | Wex Bank | | |
| | PO Box 6293 | ☐ Contingent | |
| | Carol Stream, IL 60197 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** 5/2023 | **Basis for the claim:** services | |
| | **Last 4 digits of account number** 7841 | Is the claim subject to offset? ☒ No ☐ Yes | |

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | LEAF Capital Funding LLC 2005 Market Street 14th Floor Philadelphia, PA 19103 | Line 3.37 ☐ Not listed. Explain ____ | _ |
| 4.2 | Thomas Richelo, Esq 8230 Grogans Ferry Road Atlanta, GA 30350 | Line 3.5 ☐ Not listed. Explain ____ | _ |
| 4.3 | Thompson Coburn LLP 1909 K Street Suite 600 Washington, DC 20006 | Line 3.56 ☐ Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 410,969.28 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,333,810.95 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 1,744,780.23 |

09/28/23 2:41 PM

| Fill in this information to identify the case: |
| --- |

Debtor name    Brandon Hall School, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | Faculty Labtops |
| State the term remaining | Apple Inc |
| List the contract number of any government contract | 5000 Riverside Drive Suite 300 Ease Irving, TX 75039 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement |
| State the term remaining | |
| List the contract number of any government contract | Atlanta International School 2890 N. Fulton Dr, NE Atlanta, GA 30305 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | School vans |
| State the term remaining | |
| List the contract number of any government contract | Bus Max Leasing 506A Turner McCall Blvd Rome, GA 30165 |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | Copiers and printers |
| State the term remaining | |
| List the contract number of any government contract | Great America Financial Svcs PO Box 660831 Dallas, TX 75266 |

Debtor 1    Brandon Hall School, Inc.                                                          Case number (if known) _____

    First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Sale Agreement - Terminated for TSF's failure to fund. Debtor disputes any executory contract exists. INFORMATIONAL PURPOSES ONLY TERMINATED PRE-PETITION | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | The Skill Factory LLC<br>165 Towey Trail<br>Woodstock, GA 30188 |

**Fill in this information to identify the case:**

Debtor name __Brandon Hall School, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City  State  Zip Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
|---|

Debtor name    Brandon Hall School, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known): _____

☐ Check if this is an amended filing

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $1,278,539.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $5,080,771.70 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $6,284,090.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Brandon Hall School, Inc. | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    SEE ATTACHMENT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    Compass Group USA Inc vs Brandon Hall School<br>2023CV381491 | Contract | Fulton County Georgia Superior Court<br>Lewis Slaton Courthouse<br>136 Pryor Street<br>Atlanta, GA 30303 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2.    Apex Disaster Management Inc v. Brandon Hall School Inc.<br>2023CV386070 | Contract | Superior Court Fulton County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    Brandon Hall School, Inc. _____    Case number *(if known)* _____

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 5/2023 (payment made in anticipation of Chapter 11 case to avoid foreclose - case prepared but not filed) | |
| | The Falcone Law Firm, PC  363 Lawrence Street  Marietta, GA 30060 | | | $30,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor   Brandon Hall School, Inc. _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | The Falcone Law Firm, PC<br>363 LAWRENCE ST<br>Marietta, GA 30060 | | 9/26/23 | $20,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

09/28/23 2:41 PM

Debtor    Brandon Hall School, Inc.                                          Case number *(if known)*

Health information
Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| TIAA | EIN: 23-7304956 |

Has the plan been terminated?
☒ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Brandon Hall School, Inc. | | Case number *(if known)* | |

---

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service
From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1.    Smith & Howard PC
271    17th Street, Ste 1600
Atlanta, GA 30363 | 1/2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6** |

09/28/23 2:41 PM

| Debtor | Brandon Hall School, Inc. | Case number *(if known)* | |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Atlanta International School |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karen White | | Board Chairperson | Volunteer |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Marshall | | Trustee | Volunteer |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge De Lluch | | Trustee | Volunteer |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kim Ajy | | Trustee | termination date 5/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Schnell Hart | | Trustee | termination date-5/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Charles Shearon | | Trustee | Termination date 3/2022 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

09/28/23 2:41 PM

Debtor    Brandon Hall School, Inc.                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Patrick Hiller | | Trustee | Termination date 7/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Mark Phillips | | Trustee | Termination date 6/2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____September 28, 2023_____

/s/   Karen White                                          Karen White
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor ____Board Chair____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Georgia

In re   Brandon Hall School, Inc.

Case No. _____

Debtor(s)

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Board Chair of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 28, 2023

Signature   /s/ Karen White

Karen White

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

09/28/23 2:41 PM

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

In re   Brandon Hall School, Inc.            Case No. _____

                          Debtor(s)          Chapter   11 _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ........................................................ $   30,000.00 (includes filing fee)

     Prior to the filing of this statement I have received ............................................. $   30,000.00 (includes filing fee)

     Balance Due .............................................................................................. $            0.00

2. The source of the compensation paid to me was:

     ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

     ☒ Debtor      ☐             Other (specify):Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
     All fees will be billed to the client or Bankruptcy Estate at the rate of $400.00 per hour in incements of 1/10th of an hour, or any such other amount as determined by the Court. Associate attorneys will be billed at $250.00 per hour, paralegals at $175.00 per hour, and administrative assistants at $75.00 per hour. All rates are billed in increments of 1/10th of an hour with minimum of $2/10th per hour for any task.
     All fees are subject to court approval and any fees incurred after the fiing of the client's petition will not be dispersed until such agreement is approved by the court. in no case will client be billed directly nor will any additioanl fees be collected from client unless expressly authorized by the court.
     Attorney may send bills to client from time to time to keep client informed of time incurred. Attorney shall not seek any additional compensation directly from client unless expressly authorized by the Court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       .

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

June 19, 2023
_____
*Date*

Ian Falcone 254470
*Signature of Attorney*
The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359   Fax:
imf@falconefirm.com
*Name of law firm*

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

09/28/23 2:41 PM

## United States Bankruptcy Court
### Northern District of Georgia

In re   Brandon Hall School, Inc.                    Case No. _____

                                 Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Board Chair of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 28, 2023                /s/ Karen White
                                         Karen White/Board Chair
                                         Signer/Title

Aimee Dooley
4250 Arch Pass
Cumming, GA 30040


Amazon Capital Services
PO Box 035184
Seattle, WA 98124


Amazon Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294


American Express
PO Box 1270
Newark, NJ 07101


Angela McHenry
137 Ravenhurst Lane
Fayetteville, GA 30214


Apex Disaster Management Inc
4220 Steve Reynolds Blvd Suite 5
Norcross, GA 30093


Apple Inc
5000 Riverside Drive Suite 300 Ease
Irving, TX 75039


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197


Atlanta International School
2890 North Fulton Drive
Atlanta, GA 30305


Atlanta International School
2890 N. Fulton Dr, NE
Atlanta, GA 30305


Atlanta School Guide
200 Market Place Suite 230
Roswell, GA 30075


Atlanta Urgent Care
2140 Peachtree Rd NW #360
Atlanta, GA 30309


Atlantic Capital Bank
3280 Peachtree Road
 Terminus 100, Suite 1600
Atlanta, GA 30305


Audrey Struck
506 Autumn Echo
Canton, GA 30114

Bank of America
Business Card PO Box 15796
Wilmington, DE 19886


Beacon Security
2954 North Expressway
Griffin, GA 30223


Betins
27328.  96th Ave East
Graham, WA 98338


Blackbaud, Inc.
PO Box 844827
Boston, MA 02284


Blick
6910 Eagle Way
Chicago, IL 60678


Boardingware International LTD
Office 2.6 Cleveland Road, Parnell
Auckland, 1052 New Zealand


Brian Chapman
225 Cagle Road
Roswell, GA 30075


BSN Sports
PO Box 841393
Dallas, TX 75284


Bus Max Leasing
506A Turner McCall Blvd
Rome, GA 30165


Carrie Flamer
570 Lakemont Ct
Roswell, GA 30075


Chelsey May
4021 McGinnis Ferry Rd Apt 1221
Suwanee, GA 30024


Chris Carr, Attorney General
40 Capital Square SW
Atlanta, GA 30334


Clean Star
540 Collins Road
Marietta, GA 30066


Colleen Martenson
1741 Tolleson Court
Atlanta, GA 30338

```
Colonial Supplemental Insurance
Premium Processing  PO Box 903
Columbia, SC 29202


Comcast
PO Box 71211
Charlotte, NC 28272


Commercial Industrial Finance Inc
10024 Office Center Ave Suite 150
Saint Louis, MO 63128


Compass Group USA Inc
c/o Matthew Lipman, Esq McElroy Deutsch
1 Penn Center-Suburban Center 1617 JFK B
PhiladelphiaPhi, PA 19103


Crabapple Turf Management
1012 Union Center Drive
Alpharetta, GA 30004


Craig Drilling
2374 Bynum Road
Atlanta, GA 30319


Dalton Cagle
4420 Peachtree Road NE Apt 2508
Atlanta, GA 30319


Edge Business Systems LLC
1350 Northmeadow Parkway Suite 130
Roswell, GA 30076


Flik
Compass Group USA PO Box 50196
Los Angeles, CA 90074


Flik Independent School Dining
2400 Yorkmont Rd
Charlotte, NC 28217


FMB Laundry Inc
PO Box 27174
Baltimore, MD 21230


Foust & Associates
1275 Shiloh Road Suite 2410
Kennesaw, GA 30144


GIS Benefits
POBox 1806
San Antonio, TX 78296


Gisa
PO Box 1057
Thomaston, GA 30286
```

```
Grainger Inc
Dept 048-821253689
Palatine, IL 60038


Great America Financial Services
625 First Street SE
Cedar Rapids, IA 52401


Great America Financial Svcs
PO Box 660831
Dallas, TX 75266


Greg Morris
867 Summer Forest Drive
Suwanee, GA 30024


Halladay Education Group Inc
6451 Elm Street  Vancouver, BC V6N 1B2


Herff Jones, Inc
PO Box 99292
Chicago, IL 60693


Home Depot Credit Services
Dept 32-2015029170 PO Box 70614
Philadelphia, PA 19176


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J. Christian Medlin
3549 South Cobb Drive
Smyrna, GA 30080


James Murphy
221 Wilcox Road
Lagrange, GA 30241


John Foster
1701 Brandon Hall Drive
Atlanta, GA 30350


Johnny Green
1701 Brandon Hall Drive
Atlanta, GA 30350


Johnny Green, II
1701 Brandon Hall Drive
Atlanta, GA 30350


Josten's
21336 Network Place
Chicago, IL 60673
```

Justin Ryder
4 Walden Walk NE
Atlanta, GA 30342


Justine McDonald
920 Saddle Ridge Ct
Roswell, GA 30076


Kevin Huitt
2015 Hilltop Drive
Atlanta, GA 30341


Kevin Kennedy
735 Rockwood Ct
Canton, GA 30115


Kevin Langley
408 Watermill Way
Suwanee, GA 30024


Kevin Saunders
1290 Wilkes Crest Drive
Dacula, GA 30019


Kristen Bell
91 Flowing Trail
Dawsonville, GA 30534


Kyri Harris
2069 Hatteras Way NW
Atlanta, GA 30318


Leaf
PO Box 5066
Hartford, CT 06115


Leaf Capital Funding LLC
2300 Interstate 30
Mesquite, TX 75150


LEAF Capital Funding LLC
2005 Market Street 14th Floor
Philadelphia, PA 19103


Leaf Technology Finance
PO Box 5066
Hartford, CT 06115


Leonel Pupo
1701 Brandon Hall Drive
Atlanta, GA 30350


Liquid Environmental Solutions
PO Box 733372
Dallas, TX 75373

Lynn Stallings
355 North Peak Drive
Alpharetta, GA 30022


Meghan Sisk
200 Holland Grove Lane
Dallas, GA 30132


Mela Love
3095 Colonial Way Unit A
Atlanta, GA 30341


Mike Elenbaas
857 Myrtle Street NE Apt 2
Atlanta, GA 30308


Mike Payne
510 Hillcrest View Drive
Suwanee, GA 30024


Misbo
1000 Whitlock Ave Suite 320-337
Marietta, GA 30064


Molly Ganley
1701 Brandon Hall Drive
Atlanta, GA 30350


Newcomer
200 Market Place Suite 230
Roswell, GA 30075


Niche.com Inc
PO Box 392796
Pittsburgh, PA 15251


Nicole Chapman
8090 Adair Lane Apt 5114
Atlanta, GA 30350


Omar Bullock
1701 Bandon Hall Drive
Atlanta, GA 30350


Oxy Willis
12000 Prose Circle Apt 9107
Covington, GA 30016


Patrick Rogers
1701 Brandon Hall Drive
Atlanta, GA 30350


Patrick Shealy
1701 Brandon Hall Drive
Atlanta, GA 30350

Premier Sports Medicine of GA
1358 Mile Post Drive
Atlanta, GA 30338


Pro Sports
3130 Florence Road
Powder Springs, GA 30127


PSAT/NMSQT
12192 Collection Center Drive
Chicago, IL 60693


Pyro Protection LLC
PO Box 1279
Jackson, GA 30233


Quadient Leasing LLC
Dept 3682 PO Box 123682
Dallas, TX 75312


Sarah Dunn
875 Old Farm Walk
Marietta, GA 30066


Sarah Stewart
13 Morgan Ave
Cartersville, GA 30121


Scott Chruszcz
593 Farmbrook Trail
Kennesaw, GA 30144


Small Business Administration
PO Box 3918
Portland, OR 97208


Smith & Howard
271  17th Street NW Suite 1600
Atlanta, GA 30363


SOHO office
2090 Dunwoody Club Drive Suite 106
Atlanta, GA 30350


Spec
1441 Dresden Drive Suite 280
Atlanta, GA 30319


Stan Wykosky
1667 Kevin Drive
Bethlehem, PA 18015


Tamara Ogier, Esq.
Ogier Rothschild & Rosenfeld PO Box 1547
Decatur, GA 30031

```
TeenLife Media LLC
PO Box 8722
Boston, MA 02114


The College Board
PO Box 30171
New York, NY 10087


The Home Depot Pro
PO Box 404468
Atlanta, GA 30384


The Skill Factory LLC
165 Towey Trail
Woodstock, GA 30188


Thomas Richelo, Esq
8230 Grogans Ferry Road
Atlanta, GA 30350


Thompson Coburn
PO Box 18379M
Saint Louis, MO 63195


Thompson Coburn LLP
1909 K Street Suite 600
Washington, DC 20006


TMC-Tebarco Mechanical Group
1690 Blue Grass Lakes Parkway
Alpharetta, GA 30004


Top Turf
PO Box 866
Lawrenceville, GA 30046


Upper CC Trout Unlimited #436
C/O Trout Unlimited PO Box 98166
Washington, DC 20090


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


VAR Technology Finance
2330 Interstate 30
Mesquite, TX 75150


Warren Bond Photography
6326 Highway 85
Riverdale, GA 30274


Wells Fargo
Customer Care PO Box 3072
Cedar Rapids, IA 52406
```

09/28/23 2:41 PM

```
Wex Bank
PO Box 6293
Carol Stream, IL 60197


Will Long
505 Ivy Chase Lane
Peachtree Corners, GA 30092


Zoe Hauser
207 Pointe Way
Havre de Grace, MD 21078
```

# United States Bankruptcy Court
## Northern District of Georgia

In re    Brandon Hall School, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Brandon Hall School, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 28, 2023

Date

/s/ Ian Falcone

Ian Falcone 254470
Signature of Attorney or Litigant
Counsel for    Brandon Hall School, Inc.
The Falcone Law Firm, PC
363 Lawrence St NE
Marietta, GA 30060-2056
(770) 426-9359  Fax:
imf@falconefirm.com